ACCEPTED
06-15-00091-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/20/2015 8:37:05 AM
DEBBIE AUTREY
CLERK

NO. 06-15-00091-CR

IN THE COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS

AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/20/2015 8:37:05 AM
DEBBIE AUTREY
Clerk

CHRISTOPHER WAYNE WILDER,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

TO SAID HONORABLE COURT:

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT**

James P. Finstrom, appointed counsel for Christopher Wayne Wilder, Appellant, moves the Court to allow him to withdraw from representation of Appellant in this cause and shows the Court that he is familiar with this case and represented the Appellant when he entered his plea of guilty and was placed on probation and has examined the record in this cause and is of the opinion that the appeal is without merit on direct appeal and that there are no grounds which would arguably support reversal of this conviction on direct appeal and, further, is of the opinion that Appellant's pleas of true to

allegations numbered one, two, three, four and five in the State's Petition to Revoke Probated Judgment in this cause together with his judicial confession when he entered his plea of guilty in this cause are wholly sufficient to support the order of the trial court revoking his probation.

WHEREFORE, PREMISES CONSIDERED, counsel for Appellant moves that he be permitted to withdraw from representation in this cause.

Respectfully submitted,


\_\_/s/ James P. Finstrom\_
James P. Finstrom
Counsel for Appellant
202 S. Marshall,
P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
Texas Bar #07038000

## CERTIFICATE OF SERVICE

I certify that I have delivered a true copy of this brief to Hon. Angela Smoak, counsel for the State, on this 17th day of July, 2015.


\_\_/s/ James P. Finstrom\_\_\_
James P. Finstrom